## Clark *v.* Freeport Clays, Products and Minerals Company, Appellant (No. 2).

OPINION BY HENDERSON, J., October 14, 1912:

The appeal in this case is from the same judgment and involves the same questions considered in the opinion filed in Clark v. Freeport Clays, etc. Co., No. 80, April Term, 1912, ante, p. 1. For the reasons stated in that opinion this judgment is affirmed.